WILLIAMS, Plaintiff in error, v. STATE, Defendant in error.

*No. 76-173-CR. Submitted on briefs April 6, 1978.—Decided May 2, 1978.*

(Also reported in 265 N. W. 2d 494.)

For the plaintiff in error the cause was submitted on the brief of *Howard B. Eisenberg,* state public defender, and *Alvin E. Whitaker,* assistant state public defender.

For the defendant in error the cause was submitted on the brief of *Bronson C. La Follette,* attorney general, and *Marguerite M. Moeller,* assistant attorney general.

HANLEY, J.  The defendant in error, Dennis W. Williams, was convicted of burglary and attempted theft contrary to secs. 943.10 (1) (a), 943.20 (1) (a) and 939.32 (1), Stats.  The action against Williams was consolidated for trial with the action against William E. Stewart.  Both actions arose out of the same incident.  Both defendants appealed, although the appeals were not consolidated.

One principle issue, common to both appeals, is raised by this defendant: Is the evidence sufficient to support the conviction?  This issue is disposed of in the opinion in

the companion case, *Stewart v. State,* 83 Wis.2d 185, 265 N.W.2d 489 (1978), decided this day.

*By the Court.*—Judgment reversed and cause remanded, with directions to dismiss.